Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted pro hac vice)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 34?
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: dgrassgreen@pszjlaw.com
jfiero@pszjlaw.com
cmackle@pszjlaw.com

*Attorneys for Michael Goldberg,
Trustee of the PFI Trust*

Entered on Docket
August 09, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 9, 2023



_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11 |
| MICHAEL GOLDBERG, TRUSTEE OF THE PFI TRUST,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN J. BROWN,<br><br>Defendant. | Adv. Proc. No. 22-03094<br><br>**JUDGMENT UPON DEFAULT** |

Consistent with this Court's *Order Granting Application for Entry of Default Judgment Against Defendant* (the "Order")

**JUDGMENT IS HEREBY ENTERED**:

1. The transfers alleged in Plaintiff's complaint totaling $87,500 are hereby avoided.

2. Defendant Steven J. Brown shall pay Plaintiff Michael Goldberg, Trustee of the PFI Trust, the sum of $87,500.00.

3. Consistent with the terms of the Order, to the extent any claims for relief are left unresolved, they are hereby dismissed as moot.

4. Plaintiff shall be entitled to recover his costs.

**\*\*\* END OF JUDGMENT \*\*\***

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA